Appeal Dismissed and Opinion Filed September 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00469-CR
No. 05-12-00470-CR

SERGIO H. ALVIDREZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause Nos. F06-44688-H, F06-44689-H

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this

decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
120469F.U05